## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**DANIEL LUGO,**

       **Plaintiff,**

**v.**                           **Case No: 6:22-cv-2378-PGB-DCI**

**ALFCO, INC.,**

       **Defendant.**

_____/

### ORDER

This cause is before the Court on the Plaintiff's Notice of Voluntary Dismissal With Prejudice, filed January 30 (Doc. 14) before the Defendant answered or filed a summary judgment motion. Thus, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), this filing was self-executing. *See Anago Franchising, Inc. v. Shaz*, 677 F.3d 1272, 1278 (11th Cir. 2012). Plaintiff's claims against Defendant Alfco, Inc. are **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on January 31, 2023.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties